B1 (Official Form 1)(4/10)

| **United States Bankruptcy Court**<br>**Northern District of Illinois** | **Voluntary Petition** |
| --- | --- |

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Hernandez, Salvador** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Hernandez, Margarita Luque** |
| --- | --- |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**AKA Maggie Hernendez** |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-3761** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-8462** |
| Street Address of Debtor (No. and Street, City, and State):<br>**1708 N. North Avenue**<br>**McHenry, IL**                    ZIP Code **60050** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**1708 North Avenue**<br>**McHenry, IL**                    ZIP Code **60050** |
| County of Residence or of the Principal Place of Business:<br>**McHenry** | County of Residence or of the Principal Place of Business:<br>**McHenry** |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) |
| --- | --- | --- |
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ■ Chapter 7         ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9              of a Foreign Main Proceeding<br>☐ Chapter 11<br>☐ Chapter 12       ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 13          of a Foreign Nonmain Proceeding |

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

| **Nature of Debts**<br>(Check one box) |
| --- |
| ■ Debts are primarily consumer debts,   ☐ Debts are primarily<br>defined in 11 U.S.C. § 101(8) as        business debts.<br>"incurred by an individual primarily for<br>a personal, family, or household purpose." |

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
| --- | --- |
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,
there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(4/10)                                                                                        Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Hernandez, Salvador** <br> **Hernandez, Margarita Luque** |

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X   /s/ Thomas W. McEvoy**          **November  2, 2010** <br> Signature of Attorney for Debtor(s)          (Date) <br> **Thomas W. McEvoy 6212041** |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■     Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐     There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐     Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐     Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

      _____
      (Name of landlord that obtained judgment)

      _____
      (Address of landlord)

☐     Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐     Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐     Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)                                                                                                              Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**
**Hernandez, Salvador**
**Hernandez, Margarita Luque**

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ Salvador Hernandez**
Signature of Debtor  **Salvador Hernandez**

X  **/s/ Margarita Luque Hernandez**
Signature of Joint Debtor **Margarita Luque Hernandez**

Telephone Number (If not represented by attorney)

**November  2, 2010**
Date

#### Signature of Attorney*

X  **/s/ Thomas W. McEvoy**
Signature of Attorney for Debtor(s)

**Thomas W. McEvoy 6212041**
Printed Name of Attorney for Debtor(s)

**Thomas W. McEvoy**
Firm Name
**228 W. Main Street**
**Barrington, IL 60010**

Address

**tmcevoy@thomas-mcevoy-attorney.com**
**947-543-0201  Fax: 847-752-5395**
Telephone Number

**November  2, 2010**
Date
*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Salvador Hernandez**
**Margarita Luque Hernandez**
                                     Debtor(s)

Case No. _____

Chapter   **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Salvador Hernandez**
                      **Salvador Hernandez**

Date:   **November  2, 2010**

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Salvador Hernandez**
**Margarita Luque Hernandez**                                    Case No. _____

_____
Debtor(s)                                                        Chapter    **7**    _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                    Page 2

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
   ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
   ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
   ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Margarita Luque Hernandez**
                       **Margarita Luque Hernandez**
Date:   **November  2, 2010**

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Salvador Hernandez,**
**Margarita Luque Hernandez**
, 
Debtors

Case No. _____

Chapter _____ 7 _____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A,
B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.
Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must
also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 184,000.00 | | |
| B - Personal Property | Yes | 4 | 30,219.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 4 | | 211,655.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 4,869.79 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 41 | | 80,185.58 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 3,645.44 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 7,803.00 |
| Total Number of Sheets of ALL Schedules | | 57 | | | |
| Total Assets | | | 214,219.00 | | |
| Total Liabilities | | | | 296,710.37 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Salvador Hernandez,**                                    Case No. _____
         **Margarita Luque Hernandez**

                                                    ,
                                        Debtors      Chapter_____**7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 4,869.79 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 4,869.79 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 3,645.44 |
| Average Expenses (from Schedule J, Line 18) | 7,803.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 6,541.75 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 202,636.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 4,869.79 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 80,185.58 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 282,821.58 |

B6A (Official Form 6A) (12/07)

.

In re  **Salvador Hernandez,**                                                      Case No. _____
       **Margarita Luque Hernandez**
                                                                           ,
                                 Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a
cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for
the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W,"
"J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under
"Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and
Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity
claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or
if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **1708 N. North Avenue, McHenry, IL 60050** | | **J** | **184,000.00** | **184,967.00** |

|  | Sub-Total > | **184,000.00** | (Total of this page) |
|---|---|---|---|
|  | Total > | **184,000.00** | |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                          Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re **Salvador Hernandez,**
   **Margarita Luque Hernandez**

Case No. _____

_____,
                              Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

   **Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Chase, McHenry, IL** | J | 0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **Commonwealth Edison** | H | 240.00 |
| | | **Nicor Gas** | J | 147.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Kitchen/Dining Room Furniture** | J | 600.00 |
| | | **HP Laptop** | W | 400.00 |
| | | **Living Room** | J | 430.00 |
| | | **Bedroom Furniture** | J | 1,005.00 |
| | | **Outdoor Furniture/Patio, garage tools and lawn mower** | J | 350.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Clothing - Men's, boys, women and girls** | J | 750.00 |
| 7. Furs and jewelry. | | **Wife's wedding ring and 2 silver bracelets** | J | 500.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |

Sub-Total >                 4,422.00
(Total of this page)

  __3__   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Salvador Hernandez,**
    **Margarita Luque Hernandez**
                                       ,
                         Debtors

Case No. _____

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | 403B | W | 3,947.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

Sub-Total >     **3,947.00**
(Total of this page)

Sheet  **1**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Salvador Hernandez,**                         Case No. _____

       **Margarita Luque Hernandez**

                             Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **Chrystler Mini Van** | J | 12,800.00 |
| | | **2001 Sierra Pick Up Truck** | H | 9,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | **2 Chiuahhas** | J | 50.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |

|  | Sub-Total > | 21,850.00 |
|---|---|---|
|  | (Total of this page) |  |

Sheet   **2**   of   **3**   continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Salvador Hernandez,**                                               Case No. _____
**Margarita Luque Hernandez**

_____,
Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total >  (Total of this page) | **0.00** |
|  | Total > | **30,219.00** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                      Best Case Bankruptcy

B6C (Official Form 6C) (4/10)

.

In re    **Salvador Hernandez,**                     Case No. _____

        **Margarita Luque Hernandez**

                              Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:      ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                  $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                    *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Household Goods and Furnishings** | | | |
| **Kitchen/Dining Room Furniture** | **735 ILCS 5/12-1001(b)** | **500.00** | **600.00** |
| **HP Laptop** | **735 ILCS 5/12-1001(b)** | **1,200.00** | **400.00** |
| **Living Room** | **735 ILCS 5/12-1001(b)** | **430.00** | **430.00** |
| **Bedroom Furniture** | **735 ILCS 5/12-1001(b)** | **1,005.00** | **1,005.00** |
| **Outdoor Furniture/Patio, garage tools and lawn mower** | **735 ILCS 5/12-1001(b)** | **350.00** | **350.00** |
| **Wearing Apparel** | | | |
| **Clothing - Men's, boys, women and girls** | **735 ILCS 5/12-1001(a)** | **750.00** | **750.00** |
| **Furs and Jewelry** | | | |
| **Wife's wedding ring and 2 silver bracelets** | **735 ILCS 5/12-1001(b)** | **500.00** | **500.00** |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **403B** | **735 ILCS 5/12-704** | **3,947.00** | **3,947.00** |
| **Animals** | | | |
| **2 Chiuahhas** | **735 ILCS 5/12-1001(b)** | **100.00** | **50.00** |
| | Total: | **8,782.00** | **8,032.00** |

  **0**   continuation sheets attached to Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re    **Salvador Hernandez,**
         **Margarita Luque Hernandez**                                    Case No. _____

_____,
                                    Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. **xx7335** | | | | Opened  3/01/10 | | | | | |
| **Aams Llc** **4800 Mills Civic Pkwy St** **West Des Moines, IA 50265** | | J | | CollectionAttorney Cetegra Health System | | | | | |
| | | | | Value $            **Unknown** | | | | 1,197.00 | 1,197.00 |
| Account No. xxxxxxxxxxxx9414 | | | | Opened  9/01/09 Last Active  8/31/10 | | | | | |
| **American General Finan** **2 W Grand Ave Ste 102** **Fox Lake, IL 60020** | | H | | HouseholdGoodsAndOtherCollateralAuto | | | | | |
| | | | | Value $            **Unknown** | | | | 9,019.00 | **Unknown** |
| Account No. xxxxxxxxxxxxx9414 | | | | Opened 11/18/08 Last Active  8/22/09 | | | | | |
| **American General Finan** **2 W Grand Ave Ste 102** **Fox Lake, IL 60020** | | H | | HouseholdGoodsAndOtherCollateralAuto | | | | | |
| | | | | Value $            **Unknown** | | | | 0.00 | 0.00 |
| Account No. xxxxxxxxxxxxx9414 | | | | Opened 11/19/07 Last Active 10/31/08 | | | | | |
| **American General Finan** **2 W Grand Ave Ste 102** **Fox Lake, IL 60020** | | H | | HouseholdGoodsAndOtherCollateralAuto | | | | | |
| | | | | Value $            **Unknown** | | | | 0.00 | 0.00 |

**_3_** continuation sheets attached

|  | Subtotal | 10,216.00 | 1,197.00 |
|---|---|---|---|
| | (Total of this page) | | |

B6D (Official Form 6D) (12/07) - Cont.

In re    **Salvador Hernandez,**                                            Case No. _____
         **Margarita Luque Hernandez**
_____,
                            Debtors

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. xxxxxxxxxxxx9414 | | | | | Opened 2/16/07  Last Active 10/01/07 | | | | | |
| **American General Finan** 2 W Grand Ave Ste 102 Fox Lake, IL 60020 | | H | | | Automobile | | | | | |
| | | | | | Value $          **Unknown** | | | | 0.00 | 0.00 |
| Account No. xxxxxxxxxxxxx9414 | | | | | Opened 10/05/06  Last Active 12/15/06 | | | | | |
| **American General Finan** 2 W Grand Ave Ste 102 Fox Lake, IL 60020 | | H | | | Automobile | | | | | |
| | | | | | Value $          **Unknown** | | | | 0.00 | 0.00 |
| Account No. xxxxxx4449 | | | | | Opened 4/01/06  Last Active 2/18/10 | | | | | |
| **Cfc Deficiency Recover** 5225 Crooks Rd Ste 140 Troy, MI 48098 | | J | | | Automobile | | | | | |
| | | | | | Value $          **Unknown** | | | | 16,472.00 | 16,472.00 |
| Account No. xxxxxxxx1799 | | | | | Opened 9/01/06  Last Active 5/08/07 | | | | | |
| **Citi Residental Lendin** Attn: Bankruptcy Department Po Box 11000 Santa Ana, CA 92711 | | H | | | ConventionalRealEstateMortgage | | | | | |
| | | | | | Value $          **Unknown** | | | | **Unknown** | 0.00 |
| Account No. xxxxxxxx7390 | | | | | Opened 9/13/06  Last Active 11/05/08 | | | | | |
| **Citi Residental Lendin** Attn: Bankruptcy Department Po Box 11000 Santa Ana, CA 92711 | | H | | | RealEstateSpecificTypeUnknown | | | | | |
| | | | | | Value $          **Unknown** | | | | 0.00 | 0.00 |

Sheet  **1**   of  **3**   continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| 16,472.00 | 16,472.00 |
|---|---|

B6D (Official Form 6D) (12/07) - Cont.

In re  **Salvador Hernandez,**
       **Margarita Luque Hernandez**                                      Case No. _____
_____ ,
                            Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. xxxxx4905 <br><br> **GMAC** <br> **Attention: Bankruptcy Dept.** <br> **1100 Virginia Drive** <br> **Fort Washington, PA 19034** | | H | **Opened 9/13/06 Last Active 11/20/07** <br><br> **ConventionalRealEstateMortgage** <br><br><br> Value $          **Unknown** | | | | 0.00 | 0.00 |
| Account No. xxxxxx8195 <br><br> **Loancare Servicing Ctr** <br> **Interstate Commerce Center** <br> **Norfolk, VA 23502** | | J | **Opened 7/01/09 Last Active 8/01/09** <br><br> **FHARealEstateMortgage** <br><br><br> Value $          **Unknown** | | | | 184,967.00 | 184,967.00 |
| Account No. xxxxxx3072 <br><br> **Loancare Servicing Ctr** <br> **Interstate Commerce Center** <br> **Norfolk, VA 23502** | | H | **Opened 10/01/08 Last Active 7/10/09** <br><br> **FHARealEstateMortgage** <br><br><br> Value $          **Unknown** | | | | 0.00 | 0.00 |
| Account No. xxxxxxxxxxxx0001 <br><br> **Triad Financial Corp** <br> **Attn: Bankruptcy** <br> **Po Box 562088 Suite 900** <br> **Dallas, TX 75247** | | J | **Opened 9/01/00 Last Active 1/26/05** <br><br> **Automobile** <br><br><br> Value $          **Unknown** | | | | **Unknown** | 0.00 |
| Account No. xxxxxx6410 <br><br> **Turner Acceptance Crp** <br> **4450 N Western Ave** <br> **Chicago, IL 60625** | | H | **Opened 9/01/05 Last Active 10/12/06** <br><br> **Automobile** <br><br><br> Value $          **Unknown** | | | | 0.00 | 0.00 |

Sheet __**2**__ of __**3**__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)      184,967.00      184,967.00

B6D (Official Form 6D) (12/07) - Cont.

In re    **Salvador Hernandez,**
    **Margarita Luque Hernandez**

Case No. _____

_____,

Debtors

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxx3385** | | | **Opened 11/01/04  Last Active  2/10/05** | | | | | |
| **Wells Fargo Hm Mortgag** **Po Box 10335** **Des Moines, IA 50306** | | H | **ConventionalRealEstateMortgage** | | | | | |
| | | | Value $        **Unknown** | | | | **0.00** | **0.00** |
| Account No. **xxxxxxxxx2952** | | | **Opened 2/01/05  Last Active  8/25/06** | | | | | |
| **Wells Fargo Hm Mortgag** **Po Box 10335** **Des Moines, IA 50306** | | H | **ConventionalRealEstateMortgage** | | | | | |
| | | | Value $        **Unknown** | | | | **0.00** | **0.00** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

Sheet  **3**    of  **3**    continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page) | **0.00** | **0.00**

Total
(Report on Summary of Schedules) | **211,655.00** | **202,636.00**

B6E (Official Form 6E) (4/10)

.

In re  **Salvador Hernandez,**                                                    , Case No. _____
       **Margarita Luque Hernandez**

_____
                        Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

                                    **1**     continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re **Salvador Hernandez,**
   **Margarita Luque Hernandez**
                                                                Case No. _____
                                                                        ,
                              Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

_____
TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **xx-xx-xx8-007** <br><br> **McHenry County** <br> **2200 N. Seminary Ave.** <br> **Woodstock, IL 60098** | | J | | | | | 2,527.82 | 0.00 | 2,527.82 |
| Account No. **xx-xx-xx8-007** <br><br> **McHenry County Treasurer** <br> **2100 N. Seminary** <br> **Woodstock, IL 60098** | | J | | | | | 2,341.97 | 0.00 | 2,341.97 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal <br> (Total of this page) | 4,869.79 | 0.00 <br> 4,869.79 |
| Total <br> (Report on Summary of Schedules) | 4,869.79 | 0.00 <br> 4,869.79 |

B6F (Official Form 6F) (12/07)

In re **Salvador Hernandez,**
　　　**Margarita Luque Hernandez**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐　Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | |
| Account No. **xxxxx6967**<br><br>A-Tec Ambulance, Inc.<br>2404 Millennium Drive<br>Elgin, IL 60124 | | H | | | | | | | 907.00 |
| Account No. **xxxxx6967**<br><br>A-Tec Ambulance, Inc.<br>2404 Millennium Drive<br>Elgin, IL 60124 | | | J | | | | | | 635.00 |
| Account No. **xxxxxx0165**<br><br>ACL Laboratories<br>8901 West Lincoln Avenue<br>West Allis, WI 53227 | | | J | | | | | | 62.50 |
| Account No. **xxxxxx0266**<br><br>ACL Laboratories<br>ACL<br>P.O. Box 27901<br>West Allis, WI 53227 | | | J | | | | | | 62.50 |

| | Subtotal | 1,667.00 |
|---|---|---|
| __40__ continuation sheets attached | (Total of this page) | |

B6F (Official Form 6F) (12/07) - Cont.

In re **Salvador Hernandez,**
**Margarita Luque Hernandez**
_____,
Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxxxxx269-2** | | | | | | | | |
| **ACL Laboratories** **8901 West Lincoln Avenue** **West Allis, WI 53227** | | J | | | | | | 62.50 |
| Account No. **xxxxxxx268-0** | | | | | | | | |
| **ACL Laboratories** **8901 West Lincoln Avenue** **West Allis, WI 53227** | | J | | | | | | 62.50 |
| Account No. **xxxxxxxx579-2** | | | | | | | | |
| **ACL Laboratories** **P.O. Box 27901** **Milwaukee, WI 53227** | | J | | | | | | 12.07 |
| Account No. **xxxxxxx268-1** | | | | | | | | |
| **ACL Labratories** **ACL** **P.O. Box 27901** **West Allis, WI 53227** | | J | | | | | | 62.50 |
| Account No. **xxxxxxx258-1** | | | | | | | | |
| **ACL Loboratories** **ACL** **P.O. Box 27901** **West Allis, WI 53227** | | J | | | | | | 62.50 |

Sheet no. __**1**__ of __**40**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**262.07**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Salvador Hernandez,**
        **Margarita Luque Hernandez**                                    Case No. _____
_____,
                                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **7892** <br><br> **Advanced Orthopedic & Sports Injury** <br> **2626 Washington Street** <br> **Waukegan, IL 60085** | | J | | | | | | 1,550.00 |
| Account No. **x7783** <br><br> **Advocate** <br> **13707 W. Jackson Street** <br> **P.O. Box 1447** <br> **Woodstock, IL 60098** | | J | | | | | | 29.50 |
| Account No. **xxxxx7054** <br><br> **Advocate** <br> **1775 Dempster Street** <br> **Park Ridge, IL 60068** | | J | | | | | | 25.65 |
| Account No. **xx2552** <br><br> **Advocate Health Care** <br> **P.O. box 5598** <br> **Chicago, IL 60680-5598** | | H | | | | | | 215.95 |
| Account No. **xxxxx6249** <br><br> **Advocate Health Care** <br> **P.O. 73208** <br> **Chicago, IL 60673-7208** | | J | | | | | | 61.00 |

Sheet no. __**2**__ of __**40**__ sheets attached to Schedule of                    Subtotal                1,882.10
Creditors Holding Unsecured Nonpriority Claims                              (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Salvador Hernandez,**
       **Margarita Luque Hernandez**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx6917** <br><br> **Advocate Lutheran** <br> **C/O Harris & Harris, Ltd.** <br> **222 Merchandise Mart Plaza, Ste 190** <br> **Chicago, IL 60654** | | J | | | | | 215.95 |
| Account No. **xxxxx2000** <br><br> **Advocate Lutheran General Hospital** <br> **1775 Dempster Street** <br> **Park Ridge, IL 60068** | | J | | | | | 228.51 |
| Account No. **xxxxxx7580** <br><br> **Advocate Medical Group** <br> **701 Lee St.** <br> **Des Plaines, IL 60016** | | J | | | | | 84.25 |
| Account No. **xxx0360** <br><br> **Advocate Medical Group** <br> **P.O. Box 92523** <br> **Chicago, IL 60675-2523** | | J | | | | | 123.00 |
| Account No. **xxxxxx7580** <br><br> **Advocate Medical Group** <br> **P.O. Box 92523** <br> **Chicago, IL 60675-2523** | | J | | | | | 25.00 |

Sheet no. __3__ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

676.71

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Salvador Hernandez,**                                    Case No. _____
       **Margarita Luque Hernandez**
_____ ,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx-xxxx5897**<br><br>**Advocate Medical Group**<br>**701 Lee St.**<br>**Des Plaines, IL 60016** | | H | | | | | 107.00 |
| Account No. **xx7680**<br><br>**Affiliated Dental Specialists, Ltd.**<br>**One East Phillip Road**<br>**Suite 102**<br>**Vernon Hills, IL 60061-1858** | | J | | | | | 102.00 |
| Account No.<br><br>**Alexian Brothers**<br>**Behavioral Health Hospital**<br>**3040 Salt Creek Lane**<br>**Arlington Heights, IL 60005** | | J | | | | | 1,623.00 |
| Account No. **xxxx1350**<br><br>**Alexian Brothers Behavioral Health**<br>**1650 Moon Lake Blvd**<br>**Hoffman Estates, IL 60169-1010** | | J | | | | | 713.00 |
| Account No.<br><br>**Alexian Brothers Medical Centers**<br>**3040 Salt Creek Lane**<br>**Arlington Heights, IL 60005** | | J | | | | | 8,000.60 |

Sheet no. __4___ of __40__ sheets attached to Schedule of          Subtotal          | 10,545.60 |
Creditors Holding Unsecured Nonpriority Claims                  (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re **Salvador Hernandez,**
      **Margarita Luque Hernandez**                                    Case No. _____

_____,
                                            Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxxx9517** | | | | | Opened 1/01/10 CollectionAttorney Mchenry County | | | | |
| **Allied Credit/Alliance One** **Attn: Bankruptcy** **Po Box 2449** **Gig Harbor, WA 98335** | | | J | | | | | | 429.00 |
| Account No. **xxxx9574** | | | | | Opened 1/01/10 CollectionAttorney Mchenry County | | | | |
| **Allied Credit/Alliance One** **Attn: Bankruptcy** **Po Box 2449** **Gig Harbor, WA 98335** | | | J | | | | | | 261.00 |
| Account No. **xxx1531** | | | | | | | | | |
| **American Fitness Center** **600 South Rout 59** **Ingleside, IL 60041** | | H | | | | | | | 115.99 |
| Account No. **xxx2857** | | | | | | | | | |
| **American Income Life Insurance Co.** **P.O. Box 2608** **Waco, TX 76797** | | | J | | | | | | 52.79 |
| Account No. **xxx xxxxxx5750** | | | | | | | | | |
| **American Medical Collection Agency** **P.O. Box 1235** **Elmsford, NY 10523-0935** | | | J | | | | | | 47.00 |

Sheet no. **5** of **40** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                905.78

B6F (Official Form 6F) (12/07) - Cont.

In re  **Salvador Hernandez,**
        **Margarita Luque Hernandez**                                    Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx xxxxxx6913**<br><br>**American Medical Collection Agency**<br>**P.O. Box 1235**<br>**Elmsford, NY 10523-0935** | | J | | | | | 33.00 |
| Account No. **x4855**<br><br>**Annes. Assoc of Chrystal Valley**<br>**4309 Medical Drive**<br>**Site A201**<br>**McHenry, IL 60050** | | J | | | | | 36.80 |
| Account No. **xxxxx9150**<br><br>**Armor Systems Co**<br>**1700 Kiefer Dr**<br>**Suite 1**<br>**Zion, IL 60099** | | H | Opened  3/01/06<br>CollectionAttorney Gastroenterology   Internal Me | | | | 44.00 |
| Account No.<br><br>**Assetcare, Inc.**<br>**5100 Peachtree Inductrial Blvd.**<br>**Norcross, GA 30071** | | J | | | | | 0.00 |
| Account No. **x1697**<br><br>**Baron Coll**<br>**155 Revere Dr**<br>**Northbrook, IL 60062** | | J | 08 Harris Na | | | | 541.00 |

Sheet no. __6__ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    | 654.80 |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Salvador Hernandez,**                          Case No. _____
       **Margarita Luque Hernandez**
_____,
                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxxxx0173** | | | | | | | | |
| **Capitol One** **1957 Westmorland Road** **Richmond, VA 23276-5617** | H | | | | | | | 222.62 |
| Account No. | | | | | | | | |
| **Cardinal Fitness** **2192 W. Route 120** **McHenry, IL 60051** | H | | | | | | | 1,366.55 |
| Account No. | | | | | | | | |
| **Caremark Therapeutics SVCS** **Attn:  Customer Billing** **P.O. box 10369** **San Bernardino, CA 92423** | J | | | | | | | 20.00 |
| Account No. **xxx0231** | | | | | | | | |
| **Centegra HBH** **970 McHenry Ave** **Crystal Lake, IL 60014-7449** | J | | | | | | | 142.50 |
| Account No. **xxxxxx0028** | | | 11-26-09 | | | | | |
| **Centegra Health System** **Centegra Hospital - McHenry** **P.O. Box 1447** **Woodstock, IL 60098-1447** | J | | | | | | | 17.81 |

Sheet no. __7___ of __40___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| | 1,769.48 |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Salvador Hernandez,**
  **Margarita Luque Hernandez**
_____,
                                    Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxxxx0558** | | | | | | | | |
| Centegra Health System Centegra Hospital - McHenry P.O. Box 1447 Woodstock, IL 60098-1447 | | J | | | | | | 102.16 |
| Account No. **xxxxxxx0081** | | | | | | | | |
| Centegra Health System Centegra Hospital - McHenry P.O. Box 1447 Woodstock, IL 60098-1447 | | J | | | | | | 1,197.00 |
| Account No. **xxxxxxx0105** | | | | | | | | |
| Centegra Health System Centegra Hospital - McHenry P.O. Box 1447 Woodstock, IL 60098-1447 | | J | | | | | | 34.71 |
| Account No. **xxxxxxxx0351** | | | | | | | | |
| Centegra Health System Centegra Hospital - McHenry P.O. Box 1447 Woodstock, IL 60098-1447 | | J | | | | | | 3,095.75 |
| Account No. **x7783** | | | | | | | | |
| Centegra Health System 13707 W. Jackson Street Woodstock, IL 60098-3188 | | J | | | | | | 47.60 |

Sheet no. __8__ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 4,477.22 |
|---|

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re  **Salvador Hernandez,**
       **Margarita Luque Hernandez**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxx0518** | | J | 1/19/10 | | | | |
| Centegra Health System Centegra Hospital - McHenry P.O. Box 1447 Woodstock, IL 60098-1447 | | | | | | | 281.91 |
| Account No. **xxxxxxx0496** | | J | | | | | |
| Centegra Health System Centegra Hospital - McHenry P.O. box 1447 Woodstock, IL 60098-1447 | | | | | | | 22.30 |
| Account No. | | J | | | | | |
| Centegra Health System C/O Harris & Harris, Ltd. 600 W. Jackson Blvd., Ste 400 Chicago, IL 60661 | | | | | | | 68.68 |
| Account No. | | J | | | | | |
| Centegra Health System Centegra Hospital - McHenry P.O. Box 1447 Woodstock, IL 60098-1447 | | | | | | | 1,096.26 |
| Account No. **xxxxxxx0371** | | J | | | | | |
| Centegra Health System Centegra Hospital - McHenry P.O. Box 1447 Woodstock, IL 60098-1447 | | | | | | | 105.22 |

Sheet no. __**9**__ of __**40**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,574.37

B6F (Official Form 6F) (12/07) - Cont.

In re  **Salvador Hernandez,**                                              Case No. _____
       **Margarita Luque Hernandez**
       _____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxxxx0079** <br><br> **Centegra Health System** <br> **Centegra Hospital - McHenry** <br> **P.O. Box 1447** <br> **Woodstock, IL 60098-1447** | | J | | | | | | 77.89 |
| Account No. **xxxxxxx0028** <br><br> **Centegra Health System** <br> **Centegra Hospital - McHenry** <br> **P.O. Box 1447** <br> **Woodstock, IL 60098-1447** | | J | | | | | | 435.50 |
| Account No. **xxxx1713** <br><br> **Centegra Health System** <br> **Payment Processing Center** <br> **P.O. Box 17** <br> **Arrowsmith, IL 61722-0017** | | J | | | | | | 231.82 |
| Account No. <br><br> **Centegra Health System** <br> **Payment Processing Center** <br> **P.O. Box 17** <br> **Arrowsmith, IL 61722-0017** | | J | | | | | | 3,583.45 |
| Account No. **xxxx1713** <br><br> **Centegra Health System** <br> **Payment Processing Center** <br> **P.O. Box 17** <br> **Arrowsmith, IL 61722-0017** | | J | | | | | | 255.88 |

Sheet no. __**10**__ of __**40**__ sheets attached to Schedule of            Subtotal                4,584.54
Creditors Holding Unsecured Nonpriority Claims                        (Total of this page)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Salvador Hernandez,**
**Margarita Luque Hernandez**
_____,
                                    Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxxx-xx4877** <br><br> **Centegra Health Systems** <br> **C/O C.B. Accounts, Inc.** <br> **P.O. Box 5435, Dept. 0102** <br> **Carol Stream, IL 60197-5435** | | J | | | | | | 36.88 |
| Account No. <br><br> **Centegra Memorial Med Cntr-IPSP** <br> **P.O. Box 5995** <br> **Peoria, IL 61601-5995** | | J | | | | | | 3,095.75 |
| Account No. **xxxxxxx0462** <br><br> **Centegra Northern Illinois Medical** <br> **P.O. Box 1447** <br> **Woodstock, IL 60098** | | J | | | | | | 2,687.59 |
| Account No. **4783** <br><br> **Centegra Primary Care LLC** <br> **13707 W. Jackson Street** <br> **Woodstock, IL 60098-3188** | | J | | | | | | 47.60 |
| Account No. **xx7433** <br><br> **Center for Children Digestive Healt** <br> **P.O. Box 88473 Dept A** <br> **Chicago, IL 60680-1473** | | J | | | | | | 47.40 |

Sheet no. _**11**_ of _**40**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,915.22

B6F (Official Form 6F) (12/07) - Cont.

In re  **Salvador Hernandez,**
       **Margarita Luque Hernandez**
_____,
                                              Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx476A**<br><br>**Certified Services Inc<br>Po Box 177<br>Waukegan, IL 60079** | | H | Opened  8/01/07<br>CollectionAttorney Women S Healthcare Group Sc | | | | 164.00 |
| Account No. **xxxxxx0243**<br><br>**Certified Services Inc<br>Po Box 177<br>Waukegan, IL 60079** | | H | Opened  2/01/05<br>CollectionAttorney Vista Health M.R. Institute | | | | 129.00 |
| Account No. **xxx0616**<br><br>**Certified Services Inc<br>Po Box 177<br>Waukegan, IL 60079** | | H | Opened  2/01/06<br>CollectionAttorney No Ill Pediatric Associates Sc | | | | 122.00 |
| Account No. **xxx0615**<br><br>**Certified Services Inc<br>Po Box 177<br>Waukegan, IL 60079** | | H | Opened  2/01/06<br>CollectionAttorney No Ill Pediatric Associates Sc | | | | 77.00 |
| Account No. **xxx5716**<br><br>**Certified Services, Inc.<br>P.O. Box 177<br>Waukegan, IL 60085** | | H | | | | | 885.39 |

Sheet no. __12__ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,377.39

B6F (Official Form 6F) (12/07) - Cont.

In re    **Salvador Hernandez,**
         **Margarita Luque Hernandez**
_____,
                                        Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxx7285** <br><br> **Chase** <br> **JP Morgan Chase Bank N.A.** <br> **P.O. Box 260180** <br> **Baton Rouge, LA 70826-0180** | | H | | | | | 250.71 |
| Account No. **xx9800** <br><br> **Chrystal Lake Medical & Sports Rehb** <br> **330 W. Terra Cotta, Ste. D.** <br> **Crystal Lake, IL 60014** | | J | | | | | 257.30 |
| Account No. **xx-xxxxxx-xxxxxxxxxxxxxx17-00** <br><br> **Comcast** <br> **P.O. Box 3002** <br> **Southeastern, PA 19398-3002** | | J | | | | | 155.77 |
| Account No. **xxx9447** <br><br> **Condel Medical Center** <br> **801 South Milwaukee On Condell Driv** <br> **Libertyville, IL 60048** | | J | | | | | 64.34 |
| Account No. **xxx0093** <br><br> **Condell Medical Center** <br> **801 South Milwaukee on Condell Driv** <br> **Libertyville, IL 60048** | | W | | | | | 13.62 |

Sheet no. __**13**__ of __**40**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

741.74

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Salvador Hernandez,**                                    Case No. _____
       **Margarita Luque Hernandez**
_____,
                                      Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxx2323**<br><br>**Condell Medical Center**<br>**Dept 77-97169**<br>**Chicago, IL 60678-7169** | | J | | | | | | 293.54 |
| Account No. **xxxx408-1**<br><br>**Condell Medical Center**<br>**755 S. Milwaukee Ave. Suite 127**<br>**Libertyville, IL 60048** | | J | | | | | | 129.12 |
| Account No.<br><br>**Conlon & Thompson Orthodontics**<br>**C/O FFCC-Columbus, Inc.**<br>**P.O. Box 20790**<br>**Columbus, OH 43220-0790** | | J | | | | | | 590.46 |
| Account No. **xxxx xxxx xxxx 9498**<br><br>**Continental Fiannce Company**<br>**P.O. Box 30311**<br>**Tampa, FL 33630-3311** | | J | | | | | | 250.00 |
| Account No. **xx xxxxx9243**<br><br>**Credit Collection Services**<br>**Payment Processing Center -27**<br>**P.O. Box 55126**<br>**Boston, MA 02205-5126** | | J | | | | | | 668.46 |

Sheet no. __**14**__ of __**40**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     1,931.58

B6F (Official Form 6F) (12/07) - Cont.

In re  **Salvador Hernandez,**                                          Case No. _____
     **Margarita Luque Hernandez**
_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx3313** <br><br> **Credit Management** <br> **4200 International Pwy** <br> **Carrolton, TX 75007** | | H | Opened  9/01/07 <br> CollectionAttorney Comcast-Chicago Seconds - 1000 | | | | 155.00 |
| Account No. **xxx3792** <br><br> **Creditors Collection B** <br> **755 Almar Pkwy** <br> **Bourbonnais, IL 60914** | | H | Opened  1/01/06 <br> CollectionAttorney Greater Elgin Emergency Specia | | | | 567.00 |
| Account No. **xxx3791** <br><br> **Creditors Collection B** <br> **755 Almar Pkwy** <br> **Bourbonnais, IL 60914** | | H | Opened  1/01/06 <br> CollectionAttorney Greater Elgin Emergency Specia | | | | 151.00 |
| Account No. **xxxJE94** <br><br> **CVS Caremark** <br> **Sepciality Services** <br> **2211 Sanders Road** <br> **Northbrook, IL 60062** | O | H | | | | | 1,019.32 |
| Account No. **xxxJE94** <br><br> **CVS Caremark** <br> **Sepciality Services** <br> **2211 Sanders Road** <br> **Northbrook, IL 60062** | | H | | | | | 979.32 |

Sheet no. __**15**__ of __**40**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **2,871.64**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Salvador Hernandez,**
       **Margarita Luque Hernandez**
                                                                    Case No. _____
_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxx3045** | | | | | | | | |
| CVS Caremark Sepciality Services 2211 Sanders Road Northbrook, IL 60062 | | J | | | | | | 10.00 |
| Account No. | | | | | | | | |
| Deborah A. Gust M.A., LCPC Co-Operative Partners in Therapy 135 N. Greenleaf, Ste. 111 Gurnee, IL 60031 | | J | | | | | | 103.90 |
| Account No. **xx-xx-xxx-0141** | | | | | | | | |
| Dominicks 1203 N. Meadowbrook Dr. Round Lake, IL 60073 | | J | | | | | | 186.14 |
| Account No. **xxxx7-001** | | | | | | | | |
| Dr. Kathleen Schroeder C/O Campion, Curran, Dunlop & Lamb 8600 US Highway 14, ste. 201 Crystal Lake, IL 60012 | | J | | | | | | Unknown |
| Account No. **xxxxx6883** | | | | | | | | |
| Expresschex C/O Check-IT P.O. Box 6264 Rockford, IL 61125-1264 | | J | | | | | | 25.00 |

Sheet no. __**16**__ of __**40**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      325.04

B6F (Official Form 6F) (12/07) - Cont.

In re  **Salvador Hernandez,**
       **Margarita Luque Hernandez**
_____,
Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxx0231** <br><br> **Falls Collection Svc** <br> **Po Box 668** <br> **Germantown, WI 53022** | | J | | **Opened  3/01/07** <br> **CollectionAttorney Horizon Behavioral Health** | | | | 143.00 |
| Account No. **x3859** <br><br> **Falls Collection Svc** <br> **Po Box 668** <br> **Germantown, WI 53022** | | H | | **Opened  7/01/08** <br> **CollectionAttorney Horizon Behavioral Health** | | | | 55.00 |
| Account No. **xxxxxxxx xx xxxxA002** <br><br> **Family Doctors of Round Lake** <br> **c/o Merchants' Credit Guide Co.** <br> **223 W. Jackson Blvd** <br> **Chicago, IL 60606** | | J | | | | | | 17.90 |
| Account No. **xxx6101** <br><br> **Ffcc-columbus Inc** <br> **1550 Old Henderson Rd St** <br> **Columbus, OH 43220** | | H | | **Opened  9/01/07** <br> **CollectionAttorney Conlon   Thompson Orthodonti** | | | | 590.00 |
| Account No. **xxxxxx7430** <br><br> **Fifth  Third Bank Chicago** <br> **C/O Nationwide Credit, Inc.** <br> **2015 Vaughn Rd. NW, Ste. 400** <br> **Kennesaw, GA 30144-7802** | | H | | | | | | 551.96 |

Sheet no. __**17**__ of __**40**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,357.86

B6F (Official Form 6F) (12/07) - Cont.

In re   **Salvador Hernandez,**
    **Margarita Luque Hernandez**
_____,
                Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx9973**<br><br>**Gastroenterology & Internal Med Spc**<br>**27750 W. Highway 22 #240**<br>**Barrington, IL 60010** | | J | | | | | 44.80 |
| Account No. **xxxx2419**<br><br>**Harvard Collection**<br>**4839 N Elston Ave**<br>**Chicago, IL 60630** | | H | Opened 4/01/08 CollectionAttorney Mchenry Dental Specialists.Llc | | | | 82.00 |
| Account No. **xxxxx7718**<br><br>**Home Choice**<br>**817 Rollins Rd**<br>**Round Lake, IL 60073** | | H | | | | | 2,633.10 |
| Account No. **3859**<br><br>**Horizon Behavorial Health LLC**<br>**970 S. McHenry Ave.**<br>**Crystal Lake, IL 60014** | | J | | | | | 55.00 |
| Account No. **xxx4661**<br><br>**Horizons Behavorial Health LLC**<br>**500 Coventry Ln. Apt. 205**<br>**Crystal Lake, IL 60014-7555** | | J | | | | | 5.50 |

Sheet no. __18__ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,820.40

B6F (Official Form 6F) (12/07) - Cont.

In re   **Salvador Hernandez,**
        **Margarita Luque Hernandez**
_____,
                            Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx1001**<br><br>**I C System Inc**<br>**Po Box 64378**<br>**Saint Paul, MN 55164** | | J | **Opened 4/01/10**<br>**CollectionAttorney At T Midwest** | | | | 54.00 |
| Account No. **xxxxxxxx-xx-xxxx0-571**<br><br>**I.C. System, Inc.**<br>**444 Highway 96 East**<br>**P.O. Box 64437**<br>**Saint Paul, MN 55164-0437** | | J | | | | | 1,088.30 |
| Account No.<br><br>**I.C. Systems, Inc.**<br>**444 Highway 96 East**<br>**P.O. Box 64437**<br>**Saint Paul, MN 55164-0437** | | J | | | | | 54.14 |
| Account No.<br><br>**Kathleen Schroeder, DDS**<br>**Dentistry For Children**<br>**278 Memorial Drive**<br>**Crystal Lake, IL 60014** | | J | | | | | 895.80 |
| Account No. **xxxx0199**<br><br>**Kavitha Gandhi, M.D.**<br>**351 S. Greenleaf**<br>**Waukegan, IL 60085** | | J | | | | | 82.20 |

Sheet no. __**19**__ of __**40**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,174.44

B6F (Official Form 6F) (12/07) - Cont.

In re **Salvador Hernandez,**
**Margarita Luque Hernandez**

Case No. _____

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx2322**<br><br>**Key Financial Services, LLC**<br>**P.O. Box 6216**<br>**Madison, WI 53716-0216** | | H | | | | | 1,497.70 |
| Account No. **xx5540**<br><br>**Key Financial Services, LLC**<br>**P.O. Box 6216**<br>**Madison, WI 53716-0216** | | J | | | | | 198.11 |
| Account No. **xx8704**<br><br>**Keyfinserv**<br>**5315 Wall Street**<br>**Madison, WI 53718** | | H | **Med1 02 Mhs Physician Services 9 0** | | | | 960.00 |
| Account No. **x5232**<br><br>**Keyfinserv**<br>**5315 Wall Street**<br>**Madison, WI 53718** | | H | **Med1 02 Crystal Lake Ob Gyn** | | | | 231.00 |
| Account No. **xx0165**<br><br>**Keyfinserv**<br>**5315 Wall Street**<br>**Madison, WI 53718** | | J | **Med1 02 Mhs Physician Services 9 0** | | | | 162.00 |

Sheet no. __20__ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**3,048.81**

B6F (Official Form 6F) (12/07) - Cont.

In re **Salvador Hernandez,**
   **Margarita Luque Hernandez**
_____,
                                    Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xx2100** | | | | | | | | |
| Kids Dentist, PC 160 Commerce Drive Suite 100 Grayslake, IL 60030 | | J | | | | | | 675.01 |
| Account No. | | | | | | | | |
| Lake County Accute Care LLP 75 Remittance Drive, ste.1151 Chicago, IL 60675-1151 | | J | | | | | | 350.00 |
| Account No. **4297** | | | | | | | | |
| Leafs Hockey Club P.O. Box 116 Dundee, IL 60118 | | J | | | | | | 5,446.37 |
| Account No. **4105** | | | | | | | | |
| Leafs Hockey Club P.O. Box 116 Dundee, IL 60118 | | J | | | | | | 3,321.37 |
| Account No. **xx0254** | | | | | | | | |
| Liberty OB/GYN S.C. Vincenzp Padovano MC FACOG 755 S. Milwaukee Ave. Libertyville, IL 60048 | | J | | | | | | 24.40 |

Sheet no. __**21**__ of __**40**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

9,817.15

B6F (Official Form 6F) (12/07) - Cont.

In re  **Salvador Hernandez,**
       **Margarita Luque Hernandez**
_____,
                                    Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Life Force Chiropractic** **900 Pyott Road** **Suite 108** **Crystal Lake, IL 60014** | | J | | | | | | 144.00 |
| Account No. **xxxxxx7580** | | | | | | | | |
| **Malcolm S. Gerald & Assoc.** **Collector for Advocate Medical Group** **332 South Michigan Ave. Ste. 600** **Chicago, IL 60604** | | J | | | | | | 107.00 |
| Account No. | | | | | | | | |
| **Marengo Disposal** **C/O Frank M. Bonifacic, Atty** **111 W. Washington, St. 1850** **Chicago, IL 60602** | | J | | | | | | 93.43 |
| Account No. | | | | | | | | |
| **Mary Heraty** **101 Virginia Street** **Suite 190** **Crystal Lake, IL 60014** | | J | | | | | | 372.98 |
| Account No. **xxxxxxxxxx xxx xxxxxx5740** | | | | | | | | |
| **McHenry Branch Court** **McHenry City Municipal Building** **333 S. Green Street** **McHenry, IL 60050** | | W | | | | | | 690.30 |

Sheet no. __22__ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 1,407.71 |
|---|

B6F (Official Form 6F) (12/07) - Cont.

In re   **Salvador Hernandez,**
    **Margarita Luque Hernandez**
_____,
                Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx9926** <br><br> **McHenry County Orthopaedics SC** <br> **420 N. Route 31** <br> **Crystal Lake, IL 60012** | | J | | | | | 128.50 |
| Account No. <br><br> **McHenry County Orthopaedics SC** <br> **420 N. Route 31** <br> **Crystal Lake, IL 60012** | | W | | | | | 135.60 |
| Account No. **xxx-1976** <br><br> **McHenry Dental Center** <br> **1315 N. Riverside Drive** <br> **McHenry, IL 60050** | | J | | | | | 34.30 |
| Account No. <br><br> **McHenry Dental specialists, L.L.C.** <br> **5400 W. Elm St. Suite 210** <br> **McHenry, IL 60050** | | J | | | | | 72.18 |
| Account No. **xxxx2419** <br><br> **McHenry Dental Specialists, L.L.C.** <br> **5400 W. Elm St. Suite 210** <br> **McHenry, IL 60050** | | J | | | | | 0.00 |

Sheet no. __23__ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

370.58

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re  **Salvador Hernandez,**
 **Margarita Luque Hernandez**
_____,
Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx8476** <br><br> **McHenry HS West Campus** <br> **4724 W. Crystal Lk. Rd** <br> **McHenry, IL 60050** | | J | | | | | 315.00 |
| Account No. **xx0689** <br><br> **McHenry HS West Campus** <br> **4724 W. Crystal Lk. Rd** <br> **McHenry, IL 60050** | | J | | | | | 350.00 |
| Account No. **xx0689** <br><br> **McHenry HS West Campus** <br> **4724 W. Crystal Lk. Rd** <br> **McHenry, IL 60050** | | J | | | | | 469.89 |
| Account No. **x3239** <br><br> **McHenry Radiologists & Imaging** <br> **C/0 A/R Concepts, Inc.** <br> **33 W.Higgins Road, Suite 715** <br> **Barrington, IL 60010** | | J | | | | | 8.20 |
| Account No. **xxxxx-x0237** <br><br> **McHenry Radiologists & Imaging Asso** <br> **P.O. Box 220** <br> **McHenry, IL 60051** | | J | | | | | 12.00 |

Sheet no. **24** of **40** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,155.09**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Salvador Hernandez,**
       **Margarita Luque Hernandez**
_____,
                          Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
| Account No. **xxxxx-xMRIG** | | | | | | | | |
| **McHenry Radiologists Imaging Assoc.** **P.O. Box 220** **McHenry, IL 60051-0220** | | J | | | | | | 48.00 |
| Account No. **xxxxx-xMRIG** | | | | | | | | |
| **McHenry Radiologists Imaging Associ** **P.O. box 220** **McHenry, IL 60051-0220** | | J | | | | | | 25.50 |
| Account No. **xxxxx-x3239** | | | | | | | | |
| **McHenry Radiologists Imaging Associ** **P.O. box 220** **McHenry, IL 60051-0220** | | J | | | | | | 90.00 |
| Account No. **x9116** | | | | | | | | |
| **McHenry Radiologists Imaging Associ** **P.O. box 220** **McHenry, IL 60051-0220** | | J | | | | | | 48.00 |
| Account No. **xxxxx-xMRIG** | | | | | | | | |
| **McHenry Radiologists Imaging Associ** **P.O. box 220** **McHenry, IL 60051-0220** | | J | | | | | | 8.70 |

Sheet no. __25__ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

220.20

B6F (Official Form 6F) (12/07) - Cont.

In re  **Salvador Hernandez,**
 **Margarita Luque Hernandez**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**McLaughlin Chiropractic Clinic C/O Gibson & Sharps, PSC 9390 Bunsen Parkway Louisville, KY 40220** | J | | | | | | 548.60 |
| Account No. **1251** <br><br>**McLaughlin Chiropractic Clinic C/O Gibson & Sharps, PSC 9390 Bunsen Parkway Louisville, KY 40220** | W | | | | | | 290.90 |
| Account No. **xxxx8521** <br><br>**Medical Recovery Specialists, Inc. for Behavorial Health Care Assoc. 2250 E. Devon St., Ste 352 Des Plaines, IL 60018-4519** | J | | | | | | 236.86 |
| Account No. <br><br>**Mercy Health System Merrcy McHenry Medical Center 3922 Mercy Dr. McHenry, IL 60050** | H | | | | | | 958.97 |
| Account No. **xxx-2322** <br><br>**MHS Physician Services P.O. Box 5081 Janesville, WI 53547-5081** | H | | | | | | 1,545.37 |

Sheet no. __26__ of __40__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,580.70

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re  **Salvador Hernandez,**
    **Margarita Luque Hernandez**
Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-2322** <br><br> **MHS Physician Services** <br> **P.O. Box 5081** <br> **Janesville, WI 53547-5081** | | J | | | | | 9.60 |
| Account No. **xxxx-1560** <br><br> **MHS Physicians Services** <br> **P.O. Box 5081** <br> **Janesville, WI 53547** | | J | | | | | 71.00 |
| Account No. **xxxx-1560** <br><br> **MHS Physicians Services** <br> **P.O. box 5081** <br> **Janesville, WI 53547-5081** | | J | | | | | 151.90 |
| Account No. **xxxxxxxxxxxx3720** <br><br> **Mid Oper Eng** <br> **6200 Joliet Rd** <br> **Countryside, IL 60525** | | H | Opened 12/19/07  Last Active  1/26/09 <br> Unsecured | | | | 0.00 |
| Account No. **xxxxxxxxxxxx3252** <br><br> **Mid Oper Eng** <br> **6200 Joliet Rd** <br> **Countryside, IL 60525** | | H | Opened 12/07/09  Last Active  1/25/10 <br> Unsecured | | | | 0.00 |

Sheet no. __27__ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     232.50

B6F (Official Form 6F) (12/07) - Cont.

In re **Salvador Hernandez,**
    **Margarita Luque Hernandez**

Case No. _____

_____,
                     Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx-x-xxxxxx4124** <br><br> **Midwest Diagnostic Pathology, SC** <br> **75 Remittance Dr. Ste 3070** <br> **Chicago, IL 60675-3070** | | J | | | | | 25.60 |
| Account No. **xxxxxxxxxxx xxx7485** <br><br> **Moraine Emergency Physicians** <br> **P.O. Box 8759** <br> **Philadelphia, PA 19101-8759** | | J | | | | | 454.00 |
| Account No. **xxxxxxxxxxx5586** <br><br> **Morraine Emergency Physicians** <br> **P.O. box 8759** <br> **Philadelphia, PA 19101-8759** | | H | | | | | 8.30 |
| Account No. **xxxxxxxxxxx4063** <br><br> **Morraine Emergency Physicians** <br> **P.O. box 8759** <br> **Philadelphia, PA 19101-8759** | | J | | | | | 31.25 |
| Account No. **xxxxxxxxxxx xxx7486** <br><br> **Morraine Emergency Physicians** <br> **P.O. box 8759** <br> **Philadelphia, PA 19101-8759** | | J | | | | | 328.00 |

Sheet no. __**28**__ of __**40**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

847.15

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Salvador Hernandez,**
       **Margarita Luque Hernandez**

Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxx7703**<br><br>**Morraine Emergency Physicians**<br>**P.O. box 8759**<br>**Philadelphia, PA 19101-8759** | | J | | | | | | 24.00 |
| Account No. **xxxx1984**<br><br>**Morraine Emergency Physicians**<br>**C/O 120 N. Keysner Avenue**<br>**Scranton, PA 18504-9701** | | J | | | | | | 267.00 |
| Account No. **xxxxxxxxxxx1451**<br><br>**Morraine Emergency Physicians**<br>**P.O. box 8759**<br>**Philadelphia, PA 19101-8759** | | J | | | | | | 8.30 |
| Account No. **xxxxxxxxxxx1051**<br><br>**Morraine Emergency Physicians**<br>**P.O Box 8759**<br>**Philadelphia, PA 19101-8759** | | J | | | | | | 16.00 |
| Account No. **xxxxxxxxxxxx0334**<br><br>**Morraine Emergency Physicians**<br>**P.O. box 8759**<br>**Philadelphia, PA 19101-8759** | | J | | | | | | 15.30 |

Sheet no. __29__ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

330.60

B6F (Official Form 6F) (12/07) - Cont.

In re  **Salvador Hernandez,**
       **Margarita Luque Hernandez**
_____,
                                    Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Morraine Emergency Physicians** **P.O. box 8759** **Philadelphia, PA 19101-8759** | | J | | | | | 11.06 |
| Account No. **xxx0717** | | | Opened  9/01/05  Last Active  9/28/05 CollectionAttorney Sherman Hospital | | | | |
| **Mrsi** **2250 E Devon Ave Ste 352** **Des Plaines, IL 60018** | | H | | | | | 236.00 |
| Account No. **xxx-xxxxx-xxxxx-xxx-x03(01)** | | | | | | | |
| **National Credit Audit Corporation** **8600 N. Industrial Rd.** **Peoria, IL 61615** | | J | | | | | 9.97 |
| Account No. **xxxxx3717** | | | Med1 02 Moraine Emergency Physicians | | | | |
| **Nco Financial Systems** **507 Prudential Rd** **Horsham, PA 19044** | | J | | | | | 79.00 |
| Account No. **xxE741** | | | | | | | |
| **NCO Financial Systems, Inc.** **507 Prudential Road** **Horsham, PA 19044** | | W | | | | | 79.00 |

Sheet no. __30__ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

415.03

B6F (Official Form 6F) (12/07) - Cont.

In re  **Salvador Hernandez,**
       **Margarita Luque Hernandez**
_____,
                                      Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **x915L** | | | | | | | |
| NCO Financial Systems, Inc. 507 Prudential Road Horsham, PA 19044 | | J | | | | | 782.00 |
| Account No. **xxxx3973** | | | Opened 9/01/09 FactoringCompanyAccount Med1 02 Moraine Emergency Physicians | | | | |
| Nco/inovision-medclr Attn: Bankruptcy 507 Prudential Rd Horsham, PA 19044 | | J | | | | | 454.00 |
| Account No. **xxxx2743** | | | Opened 9/01/09 FactoringCompanyAccount Med1 02 Moraine Emergency Physicians | | | | |
| Nco/inovision-medclr Attn: Bankruptcy 507 Prudential Rd Horsham, PA 19044 | | J | | | | | 328.00 |
| Account No. **xxxx0714** | | | Opened 1/01/10 FactoringCompanyAccount Med1 02 Moraine Emergency Physicians | | | | |
| Nco/inovision-medclr Attn: Bankruptcy 507 Prudential Rd Horsham, PA 19044 | | J | | | | | 328.00 |
| Account No. **xxxx8436** | | | Opened 10/01/09 FactoringCompanyAccount Med1 02 Moraine Emergency Physicians | | | | |
| Nco/inovision-medclr Attn: Bankruptcy 507 Prudential Rd Horsham, PA 19044 | | H | | | | | 328.00 |

Sheet no. __31__ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,220.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Salvador Hernandez,**
    **Margarita Luque Hernandez**
_____,
                   Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxx1115**<br><br>Nco/inovision-medclr<br>Attn: Bankruptcy<br>507 Prudential Rd<br>Horsham, PA 19044 | | H | | Opened  3/01/07<br>FactoringCompanyAccount Med1 02 Moraine<br>Emergency Physicians | | | | 267.00 |
| Account No. **xxxx1107**<br><br>Nco/inovision-medclr<br>Attn: Bankruptcy<br>507 Prudential Rd<br>Horsham, PA 19044 | | H | | Opened  3/01/07<br>FactoringCompanyAccount Med1 02 Moraine<br>Emergency Physicians | | | | 102.00 |
| Account No. **xxxxxx7672**<br><br>Nicor Gas<br>Attention:  Bankruptcy Department<br>Po Box 190<br>Aurora, IL 60507 | | H | | Opened 11/09/04  Last Active  6/08/10<br>Agriculture | | | | 215.00 |
| Account No. **xxxxxxxxxx0814**<br><br>Nicor Gas<br>Attention:  Bankruptcy Department<br>Po Box 190<br>Aurora, IL 60507 | | H | | Opened  8/01/01  Last Active 11/01/01<br>Agriculture | | | | 0.00 |
| Account No. **xxxxxxxxxx0526**<br><br>Nicor Gas<br>Attention:  Bankruptcy Department<br>Po Box 190<br>Aurora, IL 60507 | | H | | Opened  5/26/98  Last Active 11/06/04<br>Agriculture | | | | 0.00 |

Sheet no. __32__ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

584.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Salvador Hernandez,**
       **Margarita Luque Hernandez**
                                                                    Case No. _____

_____,
                                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **x1230** | | | | | | | |
| **Northern Illinois Pediatrics Assoc** **1110 N. Green St.** **Suite H** **McHenry, IL 60050** | | J | | | | | 77.00 |
| Account No. **xxxx5662** | | | | | | | |
| **Northwest Community Hospital** **800 West Central Rd.** **Arlington Heights, IL 60005** | | J | | | | | 388.24 |
| Account No. **xxxx9822** | | | | | | | |
| **Northwest Community Hospital** **P.O. box 95698** **Chicago, IL 60694-5698** | | J | | | | | 346.84 |
| Account No. **xxxx0038** | | | | | | | |
| **Northwest Community Hospital** **800 W. Central Road** **Arlington Heights, IL 60005** | | J | | | | | 12.55 |
| Account No. **xxxxxx xxx xxx2524** | | | | | | | |
| **OSI Collection Services** **4165 E. Thousand Oaks Blvd** **Suite #245** **Thousand Oaks, CA 91362-4029** | | J | | | | | 398.00 |

Sheet no. __33__ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,222.63**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Salvador Hernandez,**
**Margarita Luque Hernandez**
_____,
Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxxxx8923 | | H | Opened 2/01/09 CollectionAttorney Permian Regional Medical Cntr. | | | | |
| **Paramount Recovery** **Attn: Bankruptcy** **Po Box 788** **Lorina, TX 76655** | | | | | | | 597.00 |
| Account No. xxx2850 | | J | | | | | |
| **Parkland School** **1802 N. Ringwood Rd.** **McHenry, IL 60050** | | | | | | | 113.25 |
| Account No. | | J | | | | | |
| **Parkridge Anesthesiology** **P.O. Box 1123** **Jackson, MI 49204-1123** | | | | | | | 40.80 |
| Account No. xxxxxxx3827 | | H | | | | | |
| **Permian Regional Medical Center** **P.O. Box 2378** **Pampa, TX 79065** | | | | | | | 597.00 |
| Account No. | | H | | | | | |
| **PFG Of Minnesota** **7825 Washington Ave. S, Ste. 130** **P.O. Box 4115** **Minneapolis, MN 55439-2409** | | | | | | | 369.00 |

Sheet no. __34__ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,717.05

B6F (Official Form 6F) (12/07) - Cont.

In re   **Salvador Hernandez,**
    **Margarita Luque Hernandez**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxx3827** <br><br> **Premium Regional Medical Center** <br> **P.O. Box 2108** <br> **Andrews, TX 79714** | | J | | | | | 597.00 |
| Account No. **xxxxxxx5376** <br><br> **Profcolsrv** <br> **103 N Chicago** <br> **Freeport, IL 61032** | | J | **Med1 02 Atec Ambulance Inc** | | | | 635.00 |
| Account No. **xxx0734** <br><br> **Professnl Acct Mgmt In** <br> **Attn: Sabrina** <br> **Po Box 391** <br> **Milwaukee, WI 53201** | | W | **Opened  3/01/08** <br> **CollectionAttorney Tcf Bank** | | | | 458.39 |
| Account No. **xxxxxx8946** <br><br> **Quest Diagnostics** <br> **P.O. Box 64804** <br> **Baltimore, MD 21264-4804** | | J | | | | | 145.38 |
| Account No. **xxxxxx6764** <br><br> **Quest Diagnostics** <br> **P.O. Box 64804** <br> **Baltimore, MD 21264-4804** | | W | | | | | 145.38 |

Sheet no. __**35**__ of __**40**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,981.15

B6F (Official Form 6F) (12/07) - Cont.

In re   **Salvador Hernandez,**
     **Margarita Luque Hernandez**                                         Case No. _____

_____,
                      Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Riverwood Elementary School**<br>**300 South Driftwood Trail**<br>**McHenry, IL 60050** | | J | | | | | **89.75** |
| Account No. **xxxxl000** <br><br>**Robert M. Pasen PHD PC**<br>**P.O. Box 909**<br>**Lake Forest, IL 60045** | | J | | | | | **9.50** |
| Account No. **xxx-xxx-xxxx-920 3** <br><br>**SBC**<br>**60663 SBC Dr.**<br>**IL 60663-0001** | | J | | | | | **116.21** |
| Account No. **xxxxxxxx xxx xxxx8521** <br><br>**Sherman Hospital**<br>**Sherman Health**<br>**934 Center Street**<br>**Elgin, IL 60120-2198** | | J | | | | | **30.36** |
| Account No. <br><br>**Smart Tuition**<br>**P.O. Box 5039**<br>**Woodbridge, NJ 07095-5039** | | J | | | | | **0.00** |

Sheet no. __**36**__ of __**40**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                    Subtotal               **245.82**
          (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Salvador Hernandez,**
      **Margarita Luque Hernandez**                                      Case No. _____

                                                                            ,
                                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx4325** <br><br> **Snap fitness** <br> **1708 N. North Avenue** <br> **McHenry, IL 60050** | | J | | | | | 109.90 |
| Account No. **5633** <br><br> **Spengel Chiropractic Center SC** <br> **2808 West Route 120** <br> **McHenry, IL 60051-4567** | | J | | | | | 108.20 |
| Account No. <br><br> **St. Joseph School** <br> **118 N. Lincoln Ave** <br> **Round Lake, IL 60073** | | J | | | | | 52.78 |
| Account No. **xxxxx-xx-xx2708** <br><br> **St. Joseph School** <br> **118 N. Lincoln Ave** <br> **Round Lake, IL 60073** | | J | | | | | Unknown |
| Account No. **xxx5736** <br><br> **State Collection Servi** <br> **Attn: Bankruptcy** <br> **Po Box 6250** <br> **Madison, WI 53716** | | H | Opened  6/01/08 <br> CollectionAttorney Acl Laboratories | | | | 68.00 |

Sheet no. __**37**__ of __**40**__ sheets attached to Schedule of          Subtotal                        338.88
Creditors Holding Unsecured Nonpriority Claims                           (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Salvador Hernandez,**
    **Margarita Luque Hernandez**
_____,
                                    Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxx4414**<br><br>**State Collection Servi**<br>**Attn: Bankruptcy**<br>**Po Box 6250**<br>**Madison, WI 53716** | | H | | **Opened  9/01/08**<br>**CollectionAttorney Acl Laboratories** | | | | 68.00 |
| Account No. **xxxx2281**<br><br>**State Collection Servi**<br>**Attn: Bankruptcy**<br>**Po Box 6250**<br>**Madison, WI 53716** | | H | | **Opened 10/01/08**<br>**CollectionAttorney Acl Laboratories** | | | | 67.00 |
| Account No. **xxxx2282**<br><br>**State Collection Servi**<br>**Attn: Bankruptcy**<br>**Po Box 6250**<br>**Madison, WI 53716** | | H | | **Opened 10/01/08**<br>**CollectionAttorney Acl Laboratories** | | | | 67.00 |
| Account No. **xxx3669**<br><br>**State Collection Services**<br>**2509 Stoughton Road**<br>**Madison, WI 53716** | | J | | | | | | 5.90 |
| Account No. **xxxxxx9058**<br><br>**Steinhafels**<br>**General Office and Distrib. Cntr.**<br>**16250 W. Rogers Drive**<br>**New Berlin, WI 53151-2257** | | J | | | | | | 594.99 |

Sheet no. __38__ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

802.89

B6F (Official Form 6F) (12/07) - Cont.

In re  **Salvador Hernandez,**
    **Margarita Luque Hernandez**
                                             ,
                                      Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxx-x34 PR** <br><br> **Steven G. Kehres, DC, SC** <br> **968 E. Rollins Rd** <br> **Round Lake, IL 60073** | | J | | | | | | 10.00 |
| Account No. **xxxxx xxxx x8853** <br><br> **Take Care Clinic** <br> **Maureen Gibbs, APN** <br> **910 N. Rand road** <br> **Lake Zurich, IL 60047** | | J | | | | | | 68.00 |
| Account No. **xxx0734** <br><br> **TCF C/O Professional Act. Mgmt. LLC** <br> **Collection Services Division** <br> **P.O. box 391** <br> **Milwaukee, WI 53201-0391** | | J | | | | | | 458.39 |
| Account No. **xxxxxxxxxx7176** <br><br> **Telecheck** <br> **C/O GC Svcs  Collection Agncy Divis** <br> **6330 Gulfton** <br> **Houston, TX 77081** | | J | | | | | | 25.00 |
| Account No. <br><br> **Time** <br> **P.0. Box 60001** <br> **Tampa, FL 33660-0001** | | H | | | | | | 24.95 |

Sheet no. __**39**__ of __**40**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

586.34

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re   **Salvador Hernandez,**
     **Margarita Luque Hernandez**                                          Case No. _____
_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Village of Round Lake Park** **203 E. Lake Street Drive** **Round Lake, IL 60073** | | J | | | | | | 224.47 |
| Account No. | | | | | | | | |
| **Vista M R Institute** **60 South Greenleaf St.** **Gurnee, IL 60031-3300** | | H | | | | | | 129.20 |
| Account No. | | | | | | | | |
| **William C. Dam MD SC** **214 Washington Street** **Ingleside, IL 60041** | | W | | | | | | 117.70 |
| Account No. | | | | | | | | |
| **Williams & Williams** **W.W.C.C., Inc.** **1612 N.E. Expressway** **Atlanta, GA 30329** | | J | | | | | | 74.95 |
| Account No. | | | | | | | | |

Sheet no. __**40**__ of __**40**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 546.32 |
| Total (Report on Summary of Schedules) | 80,185.58 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com          Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

.

In re   **Salvador Hernandez,**                       Case No. _____

       **Margarita Luque Hernandez**

_____ ,
Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code,<br>of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest.<br>State whether lease is for nonresidential real property.<br>State contract number of any government contract. |
| --- | --- |
| **Home Choice** | **Acct# 933027718933148371**<br>**Opened 10/23/09**<br>**InstallmentSalesContract** |

**0**
\_\_\_\_\_ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                          Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re   **Salvador Hernandez,**                                      Case No. _____
         **Margarita Luque Hernandez**

_____,
                              Debtors

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                              Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

In re    **Salvador Hernandez**
**Margarita Luque Hernandez**                                    Case No.
_____
Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S): **Daughter** **Son** **Son** | AGE(S): **12** **16** **18** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Contractor** | **Secretary** |
| Name of Employer | **Curran Contracting Company** | **Round Lake Area School District #116** |
| How long employed | | **9 years** |
| Address of Employer | **286 Memorial Court** **Crystal Lake, IL 60014** | **220 N. Greenwood, RLP** **District 116** |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | 0.00 | $ | 3,207.40 |
| 2. Estimate monthly overtime | $ | 0.00 | $ | 0.00 |
| 3. SUBTOTAL | $ | 0.00 | $ | 3,207.40 |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll taxes and social security | $ | 0.00 | $ | 572.86 |
| b. Insurance | $ | 0.00 | $ | 719.82 |
| c. Union dues | $ | 0.00 | $ | 26.94 |
| d. Other (Specify): **IMR Ret** | $ | 0.00 | $ | 144.34 |
| **Equitable** | $ | 0.00 | $ | 40.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 0.00 | $ | 1,503.96 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 0.00 | $ | 1,703.44 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | 0.00 | $ | 0.00 |
| 8. Income from real property | $ | 0.00 | $ | 0.00 |
| 9. Interest and dividends | $ | 0.00 | $ | 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | 0.00 | $ | 0.00 |
| 11. Social security or government assistance (Specify): **Unemployment Compensation** | $ | 1,942.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 12. Pension or retirement income | $ | 0.00 | $ | 0.00 |
| 13. Other monthly income (Specify): | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 1,942.00 | $ | 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | 1,942.00 | $ | 1,703.44 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ | | 3,645.44 |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re   **Salvador Hernandez**
    **Margarita Luque Hernandez**                 Case No. _____
                          Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,583.00 |
|   a. Are real estate taxes included?      Yes  **X**   No ___ | | |
|   b. Is property insurance included?      Yes  **X**   No ___ | | |
| 2. Utilities:     a. Electricity and heating fuel | $ | 450.00 |
|              b. Water and sewer | $ | 160.00 |
|              c. Telephone | $ | 500.00 |
|              d. Other | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 150.00 |
| 4. Food | $ | 1,000.00 |
| 5. Clothing | $ | 300.00 |
| 6. Laundry and dry cleaning | $ | 200.00 |
| 7. Medical and dental expenses | $ | 500.00 |
| 8. Transportation (not including car payments) | $ | 900.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 200.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|           a. Homeowner's or renter's | $ | 0.00 |
|           b. Life | $ | 85.00 |
|           c. Health | $ | 0.00 |
|           d. Auto | $ | 224.00 |
|           e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|     (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|           a. Auto | $ | 906.00 |
|           b. Other  **Television** | $ | 150.00 |
|           c. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other  **Education** | $ | 475.00 |
|     Other  **403B** | $ | 20.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 7,803.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a.   Average monthly income from Line 15 of Schedule I | $ | 3,645.44 |
| b.   Average monthly expenses from Line 18 above | $ | 7,803.00 |
| c.   Monthly net income (a. minus b.) | $ | -4,157.56 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Salvador Hernandez**
**Margarita Luque Hernandez**                                          Case No. _____
_____     Chapter    **7**   _____
                                  Debtor(s)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

      I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**59**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date    **November  2, 2010**                Signature    **/s/ Salvador Hernandez**
_____            _____
                                           **Salvador Hernandez**
                                           Debtor

Date    **November  2, 2010**                Signature    **/s/ Margarita Luque Hernandez**
_____            _____
                                           **Margarita Luque Hernandez**
                                           Joint Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
### Northern District of Illinois

In re    <u>Salvador Hernandez</u>
   <u>Margarita Luque Hernandez</u>              Case No. <u>          </u>

                                            Debtor(s)             Chapter     **7**           

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|--------|--------|
| $19,817.05 | **2010 YTD: Wife Income from Payroll with Round Lake Area School District** |
| $137,260.00 | **2009: Both Income as recorded on 2009 Tax Return** |
| $139,735.00 | **2008: Both As recorded on 2008 Tax Return** |

### 2. Income other than from employment or operation of business

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|        AMOUNT        |        SOURCE        |
|----------------------|----------------------|

### 3. Payments to creditors

None
■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4.  Suits and administrative proceedings, executions, garnishments and attachments

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Kathleen Schroeder, D.D.S., Plaintiff, v. Salvador Hernandez and maggie L. Hernandez, Defendants Case # 06SC3424** | **Collection** | **In The Circuit Court of the 22nd Judicial Circuit, McHenry County, Illinois** | |
| **First Guaranty Mortgage Corporation, Plaintiff, vs. Salvador Hernandez; Margarita L. Hernandez; unknown Hiers and Legatees of Salvador Hernandez, If Any; Unknown Owenrs and Non-Record Claimants; Defendants, Case # 10 CH 00864** | **Forclosure** | **In the Circuit court o the 22nd Judicial Circuit Mc Henry County, Woodstock, Illinois** | **Notice of Sale - Pending** |

\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

None ■ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

### 5. Repossessions, foreclosures and returns

None ■ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

### 6. Assignments and receiverships

None ■ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None ■ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

### 7. Gifts

None ■ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

### 8. Losses

None ■ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

4

### 9. Payments related to debt counseling or bankruptcy

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Thomas W. McEvoy**<br>**228 W. Main Street**<br>**Barrington, IL 60010** | **$1,000.00 on 9/21/2010.  Check date was 9/13/2010 by debtor's parents:  Andres Hernandez and SanJuana Hernandez** | |

### 10. Other transfers

None ■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None ☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Fifth  Third Bank Chicago**<br>**2121 N. Richmond Road**<br>**McHenry, IL 60051-5421** | **Checking Account Number 7233097430** | **7/13/10 - 0.00** |

### 12. Safe deposit boxes

None ■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13. Setoffs

None ■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

5

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14.  Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15.  Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
■

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|------|------|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
■

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------|------|

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|------|------|

None
■

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|------|

None
■

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|------|------|

7

**20. Inventories**

None
■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None
■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

**21 . Current Partners, Officers, Directors and Shareholders**

None
■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
■    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

**22 . Former partners, officers, directors and shareholders**

None
■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None
■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

8

**25. Pension Funds.**

None

■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                             TAXPAYER IDENTIFICATION NUMBER (EIN)

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **November  2, 2010**            Signature  **/s/ Salvador Hernandez**

**Salvador Hernandez**
Debtor

Date  **November  2, 2010**            Signature  **/s/ Margarita Luque Hernandez**

**Margarita Luque Hernandez**
Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Salvador Hernandez**
       **Margarita Luque Hernandez**                                     Case No.

_____
                                    Debtor(s)         Chapter        **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by
property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>-NONE- | **Describe Property Securing Debt:** |

Property will be (check one):
☐ Surrendered                    ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt                    ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease.
Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>-NONE- | **Describe Leased Property:** | Lease will be Assumed pursuant to 11<br>U.S.C. § 365(p)(2):<br>☐  YES        ☐  NO |

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or
personal property subject to an unexpired lease.

Date  **November  2, 2010**          Signature  **/s/ Salvador Hernandez**
                                              **Salvador Hernandez**
                                              Debtor

Date  **November  2, 2010**          Signature  **/s/ Margarita Luque Hernandez**
                                              **Margarita Luque Hernandez**
                                              Joint Debtor

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Salvador Hernandez**
**Margarita Luque Hernandez**

Case No.

Debtor(s)

Chapter    **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept .......................................... $ **1,800.00**

   Prior to the filing of this statement I have received ............................ $ **1,000.00**

   Balance Due .......................................................................... $ **800.00**

2. $ **0.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   b. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   c. [Other provisions as needed]

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods. Negotiations with secured creditors to reduce to market value; Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **November  2, 2010**

**/s/ Thomas W. McEvoy**
**Thomas W. McEvoy 6212041**
**Thomas W. McEvoy**
**228 W. Main Street**
**Barrington, IL 60010**
**947-543-0201  Fax: 847-752-5395**
**tmcevoy@thomas-mcevoy-attorney.com**

B 201A (Form 201A) (12/09)

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days.  For further information, see note at bottom of page 2**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition.  In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.  If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.  Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.  Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009.  Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                                    Best Case Bankruptcy

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re **Salvador Hernandez**
**Margarita Luque Hernandez**

Debtor(s)

Case No.

Chapter    **7**

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Salvador Hernandez**
**Margarita Luque Hernandez**

Printed Name(s) of Debtor(s)

Case No. (if known)

X **/s/ Salvador Hernandez**          **November  2, 2010**

Signature of Debtor                            Date

X **/s/ Margarita Luque Hernandez**    **November  2, 2010**

Signature of Joint Debtor (if any)         Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Salvador Hernandez**
  **Margarita Luque Hernandez**        Case No. _____

                      Debtor(s)      Chapter   **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                       **258**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **November  2, 2010**           **/s/ Salvador Hernandez**
                                  **Salvador Hernandez**
                                  Signature of Debtor

Date:   **November  2, 2010**           **/s/ Margarita Luque Hernandez**
                                  **Margarita Luque Hernandez**
                                  Signature of Debtor

A-Tec Ambulance, Inc.
2404 Millennium Drive
Elgin, IL 60124


A-Tec Ambulance, Inc.
2404 Millennium Drive
Elgin, IL 60124


A/R Concepts, Inc.
33 W. Higgins Rd.
Suite 715
Barrington, IL 60010


AAMS
4800 Mills Civic Parkway
Suite 202
West Des Moines, IA 50265-5265


Aams Llc
4800 Mills Civic Pkwy St
West Des Moines, IA 50265


ACL Laboratories
8901 West Lincoln Avenue
West Allis, WI 53227


ACL Laboratories
ACL
P.O. Box 27901
West Allis, WI 53227


ACL Laboratories
8901 West Lincoln Avenue
West Allis, WI 53227


ACL Laboratories
8901 West Lincoln Avenue
West Allis, WI 53227


ACL Laboratories
P.O. Box 27901
Milwaukee, WI 53227

```
ACL Labratories
ACL
P.O. Box 27901
West Allis, WI 53227


ACL Loboratories
ACL
P.O. Box 27901
West Allis, WI 53227


Advanced Orthopedic & Sports Injury
2626 Washington Street
Waukegan, IL 60085


Advocate
13707 W. Jackson Street
P.O. Box 1447
Woodstock, IL 60098


Advocate
1775 Dempster Street
Park Ridge, IL 60068


Advocate Health Care
P.O. box 5598
Chicago, IL 60680-5598


Advocate Health Care
P.O. 73208
Chicago, IL 60673-7208


Advocate Lutheran
C/O Harris & Harris, Ltd.
222 Merchandise Mart Plaza, Ste 190
Chicago, IL 60654


Advocate Lutheran General Hospital
1775 Dempster Street
Park Ridge, IL 60068


Advocate Medical Group
701 Lee St.
Des Plaines, IL 60016
```

Advocate Medical Group
P.O. Box 92523
Chicago, IL 60675-2523


Advocate Medical Group
P.O. Box 92523
Chicago, IL 60675-2523


Advocate Medical Group
701 Lee St.
Des Plaines, IL 60016


Affiliated Dental Specialists, Ltd.
One East Phillip Road
Suite 102
Vernon Hills, IL 60061-1858


Alexian Brothers
Behavioral Health Hospital
3040 Salt Creek Lane
Arlington Heights, IL 60005


Alexian Brothers Behavioral Health
1650 Moon Lake Blvd
Hoffman Estates, IL 60169-1010


Alexian Brothers Medical Centers
3040 Salt Creek Lane
Arlington Heights, IL 60005


Alliance One
Receivable Management, Inc.
6565 Kimball Drive, Suite 200
Gig Harbor, WA 98335


Allied Credit/Alliance One
Attn: Bankruptcy
Po Box 2449
Gig Harbor, WA 98335


Allied Credit/Alliance One
Attn: Bankruptcy
Po Box 2449
Gig Harbor, WA 98335

American Fitness Center
600 South Rout 59
Ingleside, IL 60041


American General Finan
2 W Grand Ave Ste 102
Fox Lake, IL 60020


American General Finan
2 W Grand Ave Ste 102
Fox Lake, IL 60020


American General Finan
2 W Grand Ave Ste 102
Fox Lake, IL 60020


American General Finan
2 W Grand Ave Ste 102
Fox Lake, IL 60020


American General Finan
2 W Grand Ave Ste 102
Fox Lake, IL 60020


American General Finan
2 W Grand Ave Ste 102
Fox Lake, IL 60020


American General Finan
2 W Grand Ave Ste 102
Fox Lake, IL 60020


American Income Life Insurance Co.
P.O. Box 2608
Waco, TX 76797


American Medical Collection Agency
P.O. Box 1235
Elmsford, NY 10523-0935


American Medical Collection Agency
P.O. Box 1235
Elmsford, NY 10523-0935

Annes. Assoc of Chrystal Valley
4309 Medical Drive
Site A201
McHenry, IL 60050


Armor Systems Co
1700 Kiefer Dr
Suite 1
Zion, IL 60099


Assetcare, Inc.
5100 Peachtree Inductrial Blvd.
Norcross, GA 30071


AssetCare, Inc.
5100 Peachtree Industrial Blvd
Norcross, GA 30071


Baron Coll
155 Revere Dr
Northbrook, IL 60062


Business Revenue Systems, Inc.
P.O. Box 13077
Des Moines, IA 50310-0077


Capitol One
1957 Westmorland Road
Richmond, VA 23276-5617


Cardinal Fitness
2192 W. Route 120
McHenry, IL 60051


Caremark Therapeutics SVCS
Attn: Customer Billing
P.O. box 10369
San Bernardino, CA 92423


Centegra HBH
970 McHenry Ave
Crystal Lake, IL 60014-7449

Centegra Health System
Centegra Hospital - McHenry
P.O. Box 1447
Woodstock, IL 60098-1447


Centegra Health System
Centegra Hospital - McHenry
P.O. Box 1447
Woodstock, IL 60098-1447


Centegra Health System
Centegra Hospital - McHenry
P.O. Box 1447
Woodstock, IL 60098-1447


Centegra Health System
Centegra Hospital - McHenry
P.O. Box 1447
Woodstock, IL 60098-1447


Centegra Health System
Centegra Hospital - McHenry
P.O. Box 1447
Woodstock, IL 60098-1447


Centegra Health System
13707 W. Jackson Street
Woodstock, IL 60098-3188


Centegra Health System
Centegra Hospital - McHenry
P.O. Box 1447
Woodstock, IL 60098-1447


Centegra Health System
Centegra Hospital - McHenry
P.O. box 1447
Woodstock, IL 60098-1447


Centegra Health System
C/O Harris & Harris, Ltd.
600 W. Jackson Blvd., Ste 400
Chicago, IL 60661

```
Centegra Health System
Centegra Hospital - McHenry
P.O. Box 1447
Woodstock, IL 60098-1447


Centegra Health System
Centegra Hospital - McHenry
P.O. Box 1447
Woodstock, IL 60098-1447


Centegra Health System
Centegra Hospital - McHenry
P.O. Box 1447
Woodstock, IL 60098-1447


Centegra Health System
Centegra Hospital - McHenry
P.O. Box 1447
Woodstock, IL 60098-1447


Centegra Health System
Payment Processing Center
P.O. Box 17
Arrowsmith, IL 61722-0017


Centegra Health System
Payment Processing Center
P.O. Box 17
Arrowsmith, IL 61722-0017


Centegra Health System
Payment Processing Center
P.O. Box 17
Arrowsmith, IL 61722-0017


Centegra Health Systems
C/O C.B. Accounts, Inc.
P.O. Box 5435, Dept. 0102
Carol Stream, IL 60197-5435


Centegra Health Systems
Correspondence Address
P.O. Box 5995
Peoria, IL 61601-5995
```

Centegra Health Systems
Correspondence Address
P.O. Box 5995
Peoria, IL 61601-5995


Centegra Memorial Med Cntr-IPSP
P.O. Box 5995
Peoria, IL 61601-5995


Centegra Northern Illinois Medical
P.O. Box 1447
Woodstock, IL 60098


Centegra Primary Care LLC
13707 W. Jackson Street
Woodstock, IL 60098-3188


Center for Children Digestive Healt
P.O. Box 88473 Dept A
Chicago, IL 60680-1473


Certified Services Inc
Po Box 177
Waukegan, IL 60079


Certified Services Inc
Po Box 177
Waukegan, IL 60079


Certified Services Inc
Po Box 177
Waukegan, IL 60079


Certified Services Inc
Po Box 177
Waukegan, IL 60079


Certified Services, Inc.
P.O. Box 177
Waukegan, IL 60085


Cetegra Health System
P.O. Box 1990
Woodstock, IL 60098

Cfc Deficiency Recover
5225 Crooks Rd Ste 140
Troy, MI 48098


Cfc Deficiency Recover
5225 Crooks Rd Ste 140
Troy, MI 48098


Chase
JP Morgan Chase Bank N.A.
P.O. Box 260180
Baton Rouge, LA 70826-0180


Chrystal Lake Medical & Sports Rehb
330 W. Terra Cotta, Ste. D.
Crystal Lake, IL 60014


Citi Residental Lendin
Attn: Bankruptcy Department
Po Box 11000
Santa Ana, CA 92711


Citi Residental Lendin
Attn: Bankruptcy Department
Po Box 11000
Santa Ana, CA 92711


Collection Services
P.O. box 27901
West Allis, WI 53227


Comcast
P.O. Box 3002
Southeastern, PA 19398-3002


Computer Credit, Inc.
Claim Dept 02682
640 W. Fourth Street, P.O. Box 5238
Winston Salem, NC 27113-5328


Condel Medical Center
801 South Milwaukee On Condell Driv
Libertyville, IL 60048

Condell Medical Center
801 South Milwaukee on Condell Driv
Libertyville, IL 60048


Condell Medical Center
Dept 77-97169
Chicago, IL 60678-7169


Condell Medical Center
755 S. Milwaukee Ave. Suite 127
Libertyville, IL 60048


Conlon & Thompson Orthodontics
C/O FFCC-Columbus, Inc.
P.O. Box 20790
Columbus, OH 43220-0790


Continental Fiannce Company
P.O. Box 30311
Tampa, FL 33630-3311


Credit Collection Services
Payment Processing Center -27
P.O. Box 55126
Boston, MA 02205-5126


Credit Management
4200 International Pwy
Carrolton, TX 75007


Credit Protection Association, L.P.
13355 Noel Rd.
Dallas, TX 75240


Creditors Collection B
755 Almar Pkwy
Bourbonnais, IL 60914


Creditors Collection B
755 Almar Pkwy
Bourbonnais, IL 60914

CVS Caremark
Sepciality Services
2211 Sanders Road
Northbrook, IL 60062


CVS Caremark
Sepciality Services
2211 Sanders Road
Northbrook, IL 60062


CVS Caremark
Sepciality Services
2211 Sanders Road
Northbrook, IL 60062


Deborah A. Gust M.A., LCPC
Co-Operative Partners in Therapy
135 N. Greenleaf, Ste. 111
Gurnee, IL 60031


Dominicks
1203 N. Meadowbrook Dr.
Round Lake, IL 60073


Dr. Kathleen Schroeder
C/O Campion, Curran, Dunlop & Lamb
8600 US Highway 14, ste. 201
Crystal Lake, IL 60012


Expresschex
C/O Check-IT
P.O. Box 6264
Rockford, IL 61125-1264


Falls Collection Svc
Po Box 668
Germantown, WI 53022


Falls Collection Svc
Po Box 668
Germantown, WI 53022


Family Doctors of Round Lake
c/o Merchants' Credit Guide Co.
223 W. Jackson Blvd
Chicago, IL 60606

Ffcc-columbus Inc
1550 Old Henderson Rd St
Columbus, OH 43220


Fifth  Third Bank Chicago
C/O Nationwide Credit, Inc.
2015 Vaughn Rd. NW, Ste. 400
Kennesaw, GA 30144-7802


Fifth Third Bank
P.O. Box 630900
Cincinnati, OH 45263-0900


Gastroenterology & Internal Med Spc
27750 W. Highway 22 #240
Barrington, IL 60010


GMAC
Attention: Bankruptcy Dept.
1100 Virginia Drive
Fort Washington, PA 19034


Harris & Harris, Ltd.
222 Merchandise Mart Plaza
Suite 1900
Chicago, IL 60654


Harris & Harris, Ltd.
222 Merchandise Mart Plaza
Suite 1900
Chicago, IL 60654


Harris & Harris, Ltd.
600 W. Jackson Blvd., Suite 400
Chicago, IL 60661


Harvard Collection
4839 N Elston Ave
Chicago, IL 60630


Harvard Collection Services, Inc.
4839 N. Elston Ave.
Chicago, IL 60630

Home Choice
817 Rollins Rd
Round Lake, IL 60073


Home Choice


Horizon Behavorial Health LLC
970 S. McHenry Ave.
Crystal Lake, IL 60014


Horizons Behavorial Health LLC
500 Coventry Ln. Apt. 205
Crystal Lake, IL 60014-7555


I C System Inc
Po Box 64378
Saint Paul, MN 55164


I.C. System, Inc.
444 Highway 96 East
P.O. Box 64437
Saint Paul, MN 55164-0437


I.C. Systems, Inc.
444 Highway 96 East
P.O. Box 64437
Saint Paul, MN 55164-0437


Kathleen Schroeder, DDS
Dentistry For Children
278 Memorial Drive
Crystal Lake, IL 60014


Kavitha Gandhi, M.D.
351 S. Greenleaf
Waukegan, IL 60085


Key Financial Services, LLC
P.O. Box 6216
Madison, WI 53716-0216


Key Financial Services, LLC
P.O. Box 6216
Madison, WI 53716-0216

Keyfinserv
5315 Wall Street
Madison, WI 53718


Keyfinserv
5315 Wall Street
Madison, WI 53718


Keyfinserv
5315 Wall Street
Madison, WI 53718


Kids Dentist, PC
160 Commerce Drive
Suite 100
Grayslake, IL 60030


Lake County Accute Care LLP
75 Remittance Drive, ste.1151
Chicago, IL 60675-1151


Leafs Hockey Club
P.O. Box 116
Dundee, IL 60118


Leafs Hockey Club
P.O. Box 116
Dundee, IL 60118


Liberty OB/GYN S.C.
Vincenzp Padovano MC FACOG
755 S. Milwaukee Ave.
Libertyville, IL 60048


Life Force Chiropractic
900 Pyott Road
Suite 108
Crystal Lake, IL 60014


Loancare Servicing Ctr
Interstate Commerce Center
Norfolk, VA 23502

Loancare Servicing Ctr
Interstate Commerce Center
Norfolk, VA 23502


Loancare Servicing Ctr
Interstate Commerce Center
Norfolk, VA 23502


Malcolm S. Gerald & Assoc.
Collector forAdvocate Medical Group
332 South Michigan Ave. Ste. 600
Chicago, IL 60604


Marengo Disposal
C/O Frank M. Bonifacic, Atty
111 W. Washington, St. 1850
Chicago, IL 60602


Mary Heraty
101 Virginia Street
Suite 190
Crystal Lake, IL 60014


McHenry Branch Court
McHenry City Municipal Building
333 S. Green Street
McHenry, IL 60050


McHenry County
2200 N. Seminary Ave.
Woodstock, IL 60098


McHenry County Orthopaedics SC
420 N. Route 31
Crystal Lake, IL 60012


McHenry County Orthopaedics SC
420 N. Route 31
Crystal Lake, IL 60012


McHenry County Treasurer
2100 N. Seminary
Woodstock, IL 60098

McHenry Dental Center
1315 N. Riverside Drive
McHenry, IL 60050


McHenry Dental specialists, L.L.C.
5400 W. Elm St. Suite 210
McHenry, IL 60050


McHenry Dental Specialists, L.L.C.
5400 W. Elm St. Suite 210
McHenry, IL 60050


McHenry HS West Campus
4724 W. Crystal Lk. Rd
McHenry, IL 60050


McHenry HS West Campus
4724 W. Crystal Lk. Rd
McHenry, IL 60050


McHenry HS West Campus
4724 W. Crystal Lk. Rd
McHenry, IL 60050


McHenry Radiologists & Imaging
C/0 A/R Concepts, Inc.
33 W.Higgins Road, Suite 715
Barrington, IL 60010


McHenry Radiologists & Imaging Asso
P.O. Box 220
McHenry, IL 60051


McHenry Radiologists Imaging Assoc.
P.O. Box 220
McHenry, IL 60051-0220


McHenry Radiologists Imaging Associ
P.O. box 220
McHenry, IL 60051-0220


McHenry Radiologists Imaging Associ
P.O. box 220
McHenry, IL 60051-0220

McHenry Radiologists Imaging Associ
P.O. box 220
McHenry, IL 60051-0220


McHenry Radiologists Imaging Associ
P.O. box 220
McHenry, IL 60051-0220


McLaughlin Chiropractic Clinic
C/O Gibson & Sharps, PSC
9390 Bunsen Parkway
Louisville, KY 40220


McLaughlin Chiropractic Clinic
C/O Gibson & Sharps, PSC
9390 Bunsen Parkway
Louisville, KY 40220


McLaughlin Chiropractic Clinic
71 N. Waukegan Rd.
#400
Lake Bluff, IL 60044


Medical Recovery Specialists, Inc.
for Behavorial Health Care Assoc.
2250 E. Devon St., Ste 352
Des Plaines, IL 60018-4519


Medical Recovery Specialists, Inc.
for Behavorial Health Care Assoc.
2250 E. Devon St., Ste 352
Des Plaines, IL 60018-4519


Mercy Health System
Merrcy McHenry Medical Center
3922 Mercy Dr.
McHenry, IL 60050


MHS Physician Services
P.O. Box 5081
Janesville, WI 53547-5081


MHS Physician Services
P.O. Box 5081
Janesville, WI 53547-5081

```
MHS Physicians Services
P.O. Box 5081
Janesville, WI 53547


MHS Physicians Services
P.O. box 5081
Janesville, WI 53547-5081


Mid Oper Eng
6200 Joliet Rd
Countryside, IL 60525


Mid Oper Eng
6200 Joliet Rd
Countryside, IL 60525


Midwest Diagnostic Pathology, SC
75 Remittance Dr. Ste 3070
Chicago, IL 60675-3070


Moraine Emergency Physicians
P.O. Box 8759
Philadelphia, PA 19101-8759


Morraine Emergency Physicians
P.O. box 8759
Philadelphia, PA 19101-8759


Morraine Emergency Physicians
P.O. box 8759
Philadelphia, PA 19101-8759


Morraine Emergency Physicians
P.O. box 8759
Philadelphia, PA 19101-8759


Morraine Emergency Physicians
P.O. box 8759
Philadelphia, PA 19101-8759


Morraine Emergency Physicians
C/O 120 N. Keysner Avenue
Scranton, PA 18504-9701
```

Morraine Emergency Physicians
P.O. box 8759
Philadelphia, PA 19101-8759


Morraine Emergency Physicians
P.O Box 8759
Philadelphia, PA 19101-8759


Morraine Emergency Physicians
P.O. box 8759
Philadelphia, PA 19101-8759


Morraine Emergency Physicians
P.O. box 8759
Philadelphia, PA 19101-8759


Morraine Emergency Physicians
P.O Box 8759
Philadelphia, PA 19101-8759


Mrsi
2250 E Devon Ave Ste 352
Des Plaines, IL 60018


National Credit Audit Corporation
8600 N. Industrial Rd.
Peoria, IL 61615


Nco Financial Systems
507 Prudential Rd
Horsham, PA 19044


NCO Financial Systems
517 Prudential Road
Horsham, PA 19044


NCO Financial Systems
517 Prudential Road
Horsham, PA 19044


NCO Financial Systems Inc.
Collector for Morain Emergency
507 Prudentail Road
Horsham, PA 19044

NCO Financial Systems, Inc.
507 Prudential Road
Horsham, PA 19044


NCO Financial Systems, Inc.
507 Prudential Road
Horsham, PA 19044


Nco/inovision-medclr
Attn: Bankruptcy
507 Prudential Rd
Horsham, PA 19044


Nco/inovision-medclr
Attn: Bankruptcy
507 Prudential Rd
Horsham, PA 19044


Nco/inovision-medclr
Attn: Bankruptcy
507 Prudential Rd
Horsham, PA 19044


Nco/inovision-medclr
Attn: Bankruptcy
507 Prudential Rd
Horsham, PA 19044


Nco/inovision-medclr
Attn: Bankruptcy
507 Prudential Rd
Horsham, PA 19044


Nco/inovision-medclr
Attn: Bankruptcy
507 Prudential Rd
Horsham, PA 19044


Nicor Gas
Attention:  Bankruptcy Department
Po Box 190
Aurora, IL 60507

Nicor Gas
Attention:  Bankruptcy Department
Po Box 190
Aurora, IL 60507


Nicor Gas
Attention:  Bankruptcy Department
Po Box 190
Aurora, IL 60507


NMEDCLR MEDCLR6
Frpy 673
P.O. Box 4115
Concord, CA 94524


Northern Illinois Pediatrics Assoc
1110 N. Green St.
Suite H
McHenry, IL 60050


Northwest Collectors, Inc.
3601 Algonquin Road
Suite 232
Rolling Meadows, IL 60008-3106


Northwest Community Hospital
800 West Central Rd.
Arlington Heights, IL 60005


Northwest Community Hospital
P.O. box 95698
Chicago, IL 60694-5698


Northwest Community Hospital
800 W. Central Road
Arlington Heights, IL 60005


Northwest Community Hospital
3060 Salt Creek
Suite 110
Arlington Heights, IL 60005


OSI Collection Services
4165 E. Thousand Oaks Blvd
Suite #245
Thousand Oaks, CA 91362-4029

OSI Collection Services, Inc.
1375 East Woodfield Road
Suite #110
Schaumburg, IL 60173-5447


Paramount Recovery
Attn: Bankruptcy
Po Box 788
Lorina, TX 76655


Parkland School
1802 N. Ringwood Rd.
McHenry, IL 60050


Parkridge Anesthesiology
P.O. Box 1123
Jackson, MI 49204-1123


Permian Regional Medical Center
P.O. Box 2378
Pampa, TX 79065


PFG Of Minnesota
7825 Washington Ave. S, Ste. 130
P.O. Box 4115
Minneapolis, MN 55439-2409


Premium Regional Medical Center
P.O. Box 2108
Andrews, TX 79714


Profcolsrv
103 N Chicago
Freeport, IL 61032


Professional Collection Services
P.O. Box 76
Freeport, IL 61032


Professnl Acct Mgmt In
Attn: Sabrina
Po Box 391
Milwaukee, WI 53201

Quest Diagnostics
P.O. Box 64804
Baltimore, MD 21264-4804

Quest Diagnostics
P.O. Box 64804
Baltimore, MD 21264-4804

Quest Diagnostics
P.O. Box 64804
Baltimore, MD 21264-4804

Quest Diagnostics
P.O. Box 64804
Baltimore, MD 21264-4804

Riverwood Elementary School
300 South Driftwood Trail
McHenry, IL 60050

Robert M. Pasen PHD PC
P.O. Box 909
Lake Forest, IL 60045

SBC
60663 SBC Dr.
IL 60663-0001

Sherman Hospital
Sherman Health
934 Center Street
Elgin, IL 60120-2198

Smart Tuition
P.O. Box 5039
Woodbridge, NJ 07095-5039

Smart Tuition
P.O. Box 5039
Woodbridge, NJ 07095-5039

Snap fitness
1708 N. North Avenue
McHenry, IL 60050

Spengel Chiropractic Center SC
2808 West Route 120
McHenry, IL 60051-4567


St. Joseph School
118 N. Lincoln Ave
Round Lake, IL 60073


St. Joseph School
118 N. Lincoln Ave
Round Lake, IL 60073


State Collection Servi
Attn: Bankruptcy
Po Box 6250
Madison, WI 53716


State Collection Servi
Attn: Bankruptcy
Po Box 6250
Madison, WI 53716


State Collection Servi
Attn: Bankruptcy
Po Box 6250
Madison, WI 53716


State Collection Servi
Attn: Bankruptcy
Po Box 6250
Madison, WI 53716


State Collection Services
2509 Stoughton Road
Madison, WI 53716


Steinhafels
General Office and Distrib. Cntr.
16250 W. Rogers Drive
New Berlin, WI 53151-2257


Steven G. Kehres, DC, SC
968 E. Rollins Rd
Round Lake, IL 60073

Take Care Clinic
Maureen Gibbs, APN
910 N. Rand road
Lake Zurich, IL 60047


TCF C/O Professional Act. Mgmt. LLC
Collection Services Division
P.O. box 391
Milwaukee, WI 53201-0391


Telecheck
C/O GC Svcs  Collection Agncy Divis
6330 Gulfton
Houston, TX 77081


Time
P.O. Box 60001
Tampa, FL 33660-0001


Transworld Systems, Inc.
Collector Agency
25 Northwest Pint Blvd., #750
Elk Grove Village, IL 60007


Triad Financial Corp
Attn: Bankruptcy
Po Box 562088 Suite 900
Dallas, TX 75247


Turner Acceptance Crp
4450 N Western Ave
Chicago, IL 60625


Van Ru Credit Corporation
1350 E. Touhy Ave. Suite 100e
Des Plaines, IL 60018-3307


Village of Round Lake Park
203 E. Lake Street Drive
Round Lake, IL 60073


Vista M R Institute
60 South Greenleaf St.
Gurnee, IL 60031-3300

Wells Fargo Hm Mortgag
Po Box 10335
Des Moines, IA 50306


Wells Fargo Hm Mortgag
Po Box 10335
Des Moines, IA 50306


William C. Dam MD SC
214 Washington Street
Ingleside, IL 60041


Williams & Williams
W.W.C.C., Inc.
1612 N.E. Expressway
Atlanta, GA 30329